AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

#### WESTERN DISTRICT OF NEW YORK

Nathaniel Gates

v.

Donald Selsky, Dir SHU DOCS, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 02-CV-496

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' cross-motion for summary judgment dismissing this Complaint is granted in its entirety as to all defendants, including Defendant Bradt.  Plaintiff's motion for appointment of counsel is also denied and this case is closed.

Date: 11/23/05

RODNEY C. EARLY, CLERK

By:    s/Deborah M. Zeeb
          Deputy Clerk